IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Deborah Ann Rabong, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv811 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Carolyn W. Colvin, Acting Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 29, 2016 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 17, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, the Equal Access to Justice Act fee petition filed by plaintiff's counsel (Doc. 17) is GRANTED.  Plaintiff is AWARDED $2,780.00 for his attorney fees and costs.

IT IS SO ORDERED.

       s/Susan J. Dlott       
Judge Susan J. Dlott
United States District Court