IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deborah A. Rabong,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:14cv811

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 4, 2018 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 18, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for an award of attorney's fees under 42 U.S.C. §406(b) (Doc. 20) is GRANTED. Counsel is awarded an additional attorney's fee in the amount of $2,585.50.

Plaintiff's counsel is forewarned that any future untimely filing of a §406(b) motion, in violation of Local Rule 54.2 (b), will most likely result in the significant reduction and/or outright denial of any statutory fee.

Counsel is required to explicitly address the issue of timeliness in any current or future pending §406(b) motions filed in this Court.

IT IS SO ORDERED.

                              ___s/Susan J. Dlott_____
                              Judge Susan J. Dlott
                              United States District Court